


| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SABRINA TANN<br>Phone: (212) 442-8600<br>Fax: (212) 788-9776<br>stann@law.nyc.gov |
|---|---|---|

October 28, 2005

**BY HAND DELIVERY**
The Honorable Cheryl L. Pollak
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: <u>Fabian Hall and Duane Williams v. The City of New York, et al.</u>, 05 CV
        4733 (DLI)(CLP)

Your Honor:

  As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action, I write to respectfully request that defendant City of New York's time to answer or otherwise respond to the complaint in this action be enlarged sixty (60) days to and including December 27, 2005. I have conferred with plaintiffs' counsel, Rose Weber Esq., and she consents to this initial sixty (60) day enlargement of time.

  The complaint alleges, *inter alia*, that on September 6, 2004, unidentified members of the New York City Police Department unlawfully arrested and employed excessive force against plaintiffs Hall and Williams in violation of their federal constitutional rights. As a threshold matter, an enlargement of time will allow this office to obtain plaintiffs' underlying arrest, prosecution and medical records. Without the records, defendant cannot properly assess this case or respond to the complaint. Accordingly, defendant requires this enlargement so that this office may obtain the underlying documentation, properly investigate the allegations of the complaint and fulfill its obligations under Rule 11 of the Federal Rules of Civil Procedure.

  No previous request for an enlargement of time has been made. Accordingly, defendant respectfully requests that its time to respond to the complaint be extended to and including December 27, 2005.

I thank Your Honor for considering this request.

Respectfully submitted,

*[signature]*

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Rose Weber, Esq.
Attorney for Plaintiff
(By Facsimile)

So Ordered

*[signature]* WMJ
10/31/05